**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 696 MAL 2014
                                             :
                Respondent         :
                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court
                v.                              :
                                             :
                                             :
JOHN P. HEANEY III,                     :
                                             :
                Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.